# Federal Defenders
## OF NEW YORK, INC.

*Eastern District*
One Pierrepont Plaza, 16th Fl., Brooklyn, NY 11201
Tel: (718) 330-1200  Fax: (718) 855-0760

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Eastern District of New York*
Michelle A. Gelernt
*Interim Attorney-in-Charge*

December 19, 2023

Judge Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. James Young*, 23-cr-475

Dear Judge Irizarry:

  I am writing to update the Court related to the MDC's compliance with the Court's order that Mr. Young be "transferred to a medical facility forthwith." On Monday, Mr. Young was taken to a hospital, apparently to the emergency room. As of now, Tuesday, however, he is already back at the MDC, back in the general population unit, and back in his yellow jumpsuit.

  After learning that Mr. Young was back at the MDC, I spoke to AUSA Stephanie Pak and MDC lawyer Neha Khan. Ms. Khan assured us that Mr. Young was going to go to a medical rehabilitation facility and that she was "hoping" that he would be transferred to that facility in "the next week." I expressed concern that Mr. Young needed to be moved to that medical facility before the Court holiday, starting this Friday, and the Christmas holiday, starting on Monday. Ms. Khan stated that she was working on it and would email an update to the government and the defense by 1:00 tomorrow.

  I will continue to update the Court as I receive more information from Ms. Khan and the MDC.

Sincerely,

\_\_\_\_\_/s/\_\_\_\_\_
Allegra Glashausser
(212) 417-8739
allegra_glashausser@fd.org