UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-

JAMES YOUNG,

           Defendant.
------------------------------------------------------x

**STANDING ORDER RE: TRANSFER OF DEFENDANT TO ANOTHER FACILITY**

**CASE DOCKET NO. 23-cr-475**
**REGISTER NO. 87236-510**

**Dora L. Irizarry, United States District Judge:**

The Court held hearings on the serious potentially life threatening medical condition of the above-captioned defendant, JAMES YOUNG ("Defendant"), Register No. 87236-510 on December 13, 15, and 20, 2023 and the Court ordered that Defendant be housed in a medical facility so that his medical condition may be treated most effectively and safely. Accordingly, it is hereby

ORDERED that the Bureau of Prisons and the United States Marshals Service are NOT to transport or discharge the Defendant from the medical facility where he currently is housed, absent exigent emergency circumstances, without first providing notice to the Court, defense counsel and the government 48 hours advance notice of such transport or discharge so that the Court and the parties may have the opportunity to address such a transfer or discharge.

SO ORDERED.

DATED: Brooklyn, New York
          December 21, 2023

                                      /s/ *Dora L Irizarry*
                                   DORA L. IRIZARRY
                               United States District Judge