**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

---

Tamara L. Giwa
*Executive Director and Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

October 29, 2024

Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. James Young*, 23-cr-475

Dear Judge Irizarry:

    I am writing in response to the Court's order today related to the government's weekly status update of last week, stating that Mr. Young had refused certain medical treatment. As the Court is aware, Mr. Young is awaiting surgery on his <u>leg</u>. He has been waiting for that surgery for many, many months now. I have been unable to get any update about when he will receive that surgery.

    Last week, Monday, however, Carewell Health told Mr. Young he would be receiving rotator cuff surgery, on his shoulder. That day is the first day "rotator cuff" appears to be mentioned in his medical records; I have not heard about any rotator cuff injury previously. Mr. Young – apparently accurately – told the medical team that he didn't have a rotator cuff injury. This rotator cuff surgery is the treatment that Mr. Young "refused." This surgery very much seems to have been proposed to him in error.

    Last week Thursday, I reached out to AUSA Pak and the MDC Legal Department about this matter. The MDC Legal Department said that they were "looking into" it. I emailed again yesterday; today, I was told by the MDC Legal Department that they were "following up" and would "get back" to me "soon."

    This is the second time during Mr. Young's incarceration that there has been a medical mistake related to what portion of his body is in need of a particular treatment. Thus, I respectfully request that the Court not place blame on Mr. Young

1

and, instead, see that he is still trying his best to navigate persistent medical problems under difficult circumstances, including by trying to receive the surgery he does need, while also ensuring that he does not receive surgery he does not need.

Respectfully submitted,

/s/
Allegra Glashausser
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8739