UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
UNITED STATES OF AMERICA,

    -against-

JAMES YOUNG,

                  Defendant.
------------------------------------------------------------ x

**ORDER TRANSFERRING DEFENDANT TO ANOTHER FACILITY**

CASE DOCKET NO. 23-cr-475
<u>REGISTER NO. 87236-510</u>

**DORA L. IRIZARRY, United States District Judge:**

      The Court held a hearing today on the serious potentially life threatening medical conditions of the above-captioned defendant, JAMES YOUNG ("Defendant"), Register No. 87236-510 and the Court granted the Defendant's application that he be transferred to Brooklyn Hospital today or at most within the next 24 hours so that his urgent/exigent medical condition may be treated most effectively and safely. The Court found that Carewell Medical Facility in New Jersey, where defendant currently is housed has not addressed the current issues sufficiently. Accordingly, it is hereby

      ORDERED that the Bureau of Prisons ("BOP") and the United States Marshals Service shall transfer Defendant to Brooklyn Hospital, 121 Dekalb Avenue, Brooklyn, New York 11201 within the next 24 hours, *i.e.*, **by no later than 1:00 PM, Thursday, May 15, 2025**. The Metropolitan Detention Center ("MDC"), to which Defendant shall be transported immediately from Court, shall arrange for the Defendant to be transferred to Brooklyn Hospital to address his urgent medical needs. The Court shall be notified once the transfer is effectuated.

SO ORDERED.

Dated:     Brooklyn, New York
             May 14, 2025

                                                        */s/ Dora L. Irizarry*
                                                        DORA L. IRIZARRY
                                                    United States District Judge